BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE
Exec. Asst. U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

FILED

OCT 27 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>PAUL "YOSHI" MOORE,<br>TIMOTHY WAYNE LEE, and<br>KEVIN HAWKINS, a.k.a.<br>Ket T. Hawkins,<br><br>            Defendants. | 2:10-CR-458<br><br>ORDER SEALING INDICTMENT,<br>PETITION TO SEAL, AND ORDER |

The Court hereby orders that the Indictment, the Petition of Laurel D. White to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of defendants Paul Yoshi Moore and Kevin Hawkins, or until further order of the Court.

DATED: October 27, 2010

By: _____
HONORABLE KIMBERLY J. MUELLER
United States Magistrate

3