```
BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE
Exec. Asst. U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2770
```

FILED
OCT 27 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR NO. |
| v. | ) 2:10-R-458 EJ4 |
| SEALED, | ) |

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of defendants in this case or until further order of the Court.

DATED: October 27, 2010

_____
HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge

4