BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE
Executive Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED
NOV 02 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL "YOSHI" MOORE, et al.,<br><br>Defendants. | D.C. NO. 2:10-cr-458 EJG<br><br>APPLICATION AND ORDER FOR UNSEALING SUPERSEDING |

On October 27, 2010, an indictment was filed in the above-referenced case.  Since two of the defendants have now been arrested, it is no longer necessary for the indictment to be sealed.  The government respectfully requests that the indictment be unsealed.

DATED: November 2, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Laurel D. White
LAUREL D. WHITE
Executive Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: November 2, 2010

/s/ Kimberly J. Mueller
HON. KIMBERLY J. MUELLER
U.S. Magistrate Judge

1