**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for KEVIN HAWKINS

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:10-CR-00458-EJG |
| ) | |
| Plaintiff, ) | **AMENDED STIPULATION AND ORDER** |
| ) | **TO CONTINUE STATUS CONFERENCE**[1] |
| vs. ) | |
| ) | Date:  January 28, 2011 |
| KEVIN HAWKINS and PAUL MOORE ) | Time:  10:00 a.m. |
| ) | Court:  Hon. Edward J. Garcia |
| Defendants. ) | |
| ) | |

Defendant Kevin Hawkins, by and through his undersigned counsel, Johnny L. Griffin, III, and Defendant Paul Moore, by and through his undersigned counsel, Thomas A. Johnson, and the United States of America, through Assistant United States Attorney, Laurel Defoe White, hereby agree and stipulate to continue the status conference in the above captioned case from January 28, 2011 at 10:00 a.m. to March 11, 2011 at 10:00 a.m.  This continuance is requested to allow counsel for Defendants additional time to review discovery and conduct further investigation.  In addition, the parties agree and stipulate that time be excluded from to January 28, 2011 to March 11, 2011 pursuant to Local Code T4, and 18 U.S.C. § 3161(h)(1)(8)(B)(iv).

---

[1] This stipulation and proposed order requests continuance on behalf of Defendants Kevin Hawkins and Paul Moore.

Dated: January 24, 2011          /s/ Johnny L. Griffin, III
                                 JOHNNY L. GRIFFIN, III
                                 Attorney for Defendant Kevin Hawkins

Dated: January 24, 2011          /s/ Thomas A. Johnson[2]
                                 THOMAS A. JOHNSON
                                 Attorney for Defendant Paul Moore

Dated: January 24, 2011          /s/ Laurel Defoe White [3]
                                 LAUREL DEFOE WHITE
                                 United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  January 25, 2011          /s/ Edward J. Garcia
                                  HON. EDWARD J. GARCIA
                                  United States District Judge

---

[2] Attorney Thomas A. Johnson telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[3] United States Attorney Laurel Defoe White telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.