THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Paul "Yoshi" Moore



FILED

MAY 1 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>PAUL "YOSHI" MOORE, *et al*<br><br>  Defendant | Case No.: 2:10-CR-00458-EJG<br><br>STIPULATION AND ORDER TO<br>CONTINUE HEARING<br><br>Date:  June 10th, 2011<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

c/EJG

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for May 13th, 2011 at 10:00 a.m. is continued to June 10th, 2011 at 10:00 a.m. in the same courtroom. Laurel D. White, Assistant United States Attorney, Johnny L. Griffin, III, Co-Defendant, Kevin Hawkins' attorney, and Thomas A. Johnson, Defendant's attorney, are requesting such continuance.  There have been ongoing plea negotiations among the U.S. Attorney and defense counsels and parties are hopeful that a resolution will be reached by June 10th, 2011.  Mr. Moore has recently been moved to the Butte County detention facility.

It is further stipulated that the period from the date of this stipulation through and including June 10th, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

| | | | |
|---|---|---|---|
| 1 | DATED: May 11th, 2011 | By: | /s/ Thomas A. Johnson |
| 2 | | | THOMAS A. JOHNSON<br>Attorney for Defendant<br>PAUL "YOSHI" MOORE |

3  ///

5  DATED: May 11th, 2011          By:   /s/ Thomas A. Johnson for
                                                   JOHNNY L. GRIFFIN, III
6                                                  Attorney for Co-Defendant
                                                   KEVIN HAWKINS

9  DATED: May 11th, 2011                BENJAMIN WAGNER
                                                   United States Attorney

10                                         By:    /s/ Thomas A. Johnson for
                                                   LAUREL D. WHITE
11                                                 Assistant U.S. Attorney

14  **IT IS SO ORDERED.**

15  Dated: May 11, 2011

                              _[signature]_
                              HON. EDWARD J. GARCIA
                              U.S. District Court Judge