**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
**KEVIN HAWKINS**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:10-CR 0458 EJG |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE STATUS CONFERENCE** |
| KEVIN HAWKINS, et. al. | ) DATE:  June 10, 2011 |
| Defendant. | ) TIME:  10:00 a.m. |
| | ) COURT:  Hon. Edward J. Garcia |

Defendant Kevin Hawkins, by and through his undersigned counsel, Johnny L. Griffin,

III, Defendant Paul "Yoshi" Moore, by and through his undersigned counsel Thomas A.

Johnson, and the United States of America, through Assistant U.S. Attorney Laurel D. White,

hereby stipulate and request that the Court continue the status conference in the above captioned

case from June 10, 2011 to July 29, 2011.[1]  This continuance is requested to allow the defense

additional time to review new discovery and prepare.

---

[1] The parties have been advised by this Court's Clerk that July 29, 2011 at 10:00 a.m. is an available date and time for a status conference on this matter.

1

Specifically, on May 9, 2011, a search warrant was issued authorizing the search of various computers and hard drives previously seized by federal agents.  Then, on May 25, 2011, the Grand Jury returned a superseding indictment charging Defendant Kevin Hawkins with additional violations.  Thus, in light of the new discovery and additional allegations, defense counsel needs more time to review, evaluate and prepare before it can engage in any meaningful discussions with the government regarding a possible resolution.  Further, defense counsel may need to retain forensic experts to review and evaluate the various computer hard drives.

For these reasons, the parties stipulate and request that the case be continued to July 29, 2011, and that the Court exclude time within which the trial must commence under the Speedy Trial Act from June 10, 2011 through July 29, 2011, to allow for defense preparation under 18 U. S. C. § 3161(h)(7)(A) and (B)(iv)  (Local Code T4).

Dated: June 8, 2011             Respectfully submitted,


                                /s/ Laurel D. White[2]
                                LAUREL D. WHITE
                                Assistant U.S. Attorney


Dated: June 8, 2011             /s/ Johnny L. Griffin, III
                                JOHNNY L. GRIFFIN, III
                                Attorney for Defendant
                                KEVIN HAWKINS


Dated: June 8, 2011             /s/ Thomas A. Johnson
                                THOMAS A. JOHNSON
                                Attorney for Defendant
                                PAUL "YOSHI" MOORE

---

[2] Assistant U. S Attorney Laurel D. White and Attorney Thomas A. Johnson telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on their behalf.

**ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  June 9, 2011                    /s/ Edward J. Garcia
                                        HON. EDWARD J. GARCIA
                                        United States District Judge