**LAW OFFICES OF JOHNNY L. GRIFFIN, III**

1010 F Street, Suite 200
Sacramento, CA 95814
TELEPHONE (916) 444-5557
FACSIMILE (916) 444-5558

# Memo

To: Colleen Lydon
Courtroom Deputy to the Honorable Edward J. Garcia.

From: Johnny L. Griffin, III

cc: Laurel White
Assistant United States Attorney

Date: October 20, 2011

Re: *United States v. Kevin Hawkins* Case No. 2:10-CR-00458-EJG

Request To Set Matter For Calendar.

---

Please allow this to serve as my written request to calendar the above referenced case for October 28, 2011 at 10:00 a.m. for a Status Conference in connection with a substitution of attorney.

Thank you for your assistance in this matter.

IT IS SO ORDERED

/s/ Edward J. Garcia
Honorable Edward J. Garcia
10/20/2011

1