MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Kevin Hawkins



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN HAWKINS.,

    Defendants.

Case No.: 2:10 CR 458 EJG

STIPULATION AND ORDER CONTINUING STATUS CONFERNCE

    Defendant Kevin Hawkins, by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Laurel White, hereby stipulate and agree to continue the status hearing in the above-captioned case for one week from Friday, July 27, 2012 at 10:00 a.m. to Friday, August 3, 2012 at 10:00 a.m. It is further stipulated that the above referenced time period should continue to be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rules T2.

    Counsel for Mr. Hawkins was appointed on June 11, 2012. At the time of the appointment a trial date had been set for September 24, 2012. The July 27, 2012 date was set for Mr. Hawkin's counsel to inform the court whether he believes he will be prepared to go forward on the previously set trial date. The review of the discovery is taking longer then anticipated. Mr. Hawkin's counsel needs an additional week to fairly and honestly assess whether he can be properly prepared to proceed to the trial on September 24, 2012. Mr. Hawkin's counsel has spoken to counsel for the Government and explained this situation. An appointment has been made to review the Government's evidence. The Government has no objection to this request.

1

Dated: July 24, 2012

The CHASTAINE LAW OFFICE

By: /s/ Michael Chastaine
MICHAEL CHASTAINE
Attorney for Kevin Hawkins

Dated: July 24, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Laurel White
LAUREL WHITE
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, July 27, 2012 at 10:00 a.m. be continued to Friday, August 3, 2012 at 10:00 a.m. and that the period from July 27, 2012 to August 3, 2012 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: July 24 2012

HONORABLE EDWARD J. GARCIA
District Judge
United States District Court