

**FILED**

OCT 04 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-CR-00458 EJG |
| Plaintiff, ) | |
| ) | |
| v. ) | [~~PROPOSED~~] ORDER TO DISCLOSE |
| ) | GRAND JURY MATERIAL SUBJECT |
| KEVIN HAWKINS, ) | TO CERTAIN RESTRICTIONS |
| ) | |
| Defendant. ) | |

This Order and the United States' application for this Order are ordered filed in the public record. The attachments will remain lodged with the Court under seal.

The United States may disclose the Grand Jury transcripts of the witness in the above-titled case to defense counsel. Fed. R. Crim. P. 6(e)(3)(E)(i). Further disclosure of these transcripts by defense counsel to any person other than the defendant, defense counsel's staff, investigator(s), or retained expert(s) is prohibited.

DATED: 10/4/12

_____
EDWARD J. GARCIA
United States District Judge