1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11                         ----oo0oo----

12   UNITED STATES OF AMERICA,          NO. CR. 2:10-00458 WBS

13          Plaintiff,
                                        ORDER
14       v.

15   KEVIN HAWKINS,

16          Defendant.
     _____/

17

18

19                         ----oo0oo----

20          The court previously considered defendant's pretrial

21   release on bail under 18 U.S.C. § 3142 and denied release because

22   defendant posed a danger to the community.  (Docket No. 127.)

23   The court also previously considered release under § 3143(b) due

24   to defendant's appeal of his conviction for witness tampering in

25   violation of 18 U.S.C. § 1512(b)(2)(B), but again denied release

26   because defendant posed a danger to the community.  (Docket No.

27   131.)  The court now considers defendant's renewed request for

28   release on bail pursuant to § 3143(a)(1), which provides that,

                                    1

the judicial officer shall order that a person who has been found guilty of an offense and who is awaiting imposition or execution of a sentence . . . be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c).

18 U.S.C. § 3143(a)(1).  The factors that the court uses to determine "whether there are conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community" under §§ 3142(b) and (c) are provided in § 3142(g).  See id. § 3142(g).

The court has reviewed all relevant materials, including the previous orders relating to release, the report of the Pretrial Services Officer, the investigator's report tendered by defendant, and transcripts from defendant's trial. Considering all material previously before the magistrate judge as well as the new materials presented in light of the factors set forth in § 3142(g), the court does not find clear and convincing evidence that the defendant "is not likely . . . to pose a danger to the safety of any other person or the community if released under section 3142(b) or (c)."  18 U.S.C. § 3143(a)(1).  The court, therefore, declines to order defendant's release pursuant to 18 U.S.C. § 3143(a)(1).

IT IS THEREFORE ORDERED that defendant's renewed request for release on bail pending judgment and sentence be, and the same hereby is, DENIED.

DATED:  April 9, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2