KEVIN HAWKINS
X-1193578 (3E 201)
Sacramento County Main Jail
651 "I" Street,
Sacramento, CA 95814

In Pro Se

**FILED**
MAY 13 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff-Appellee,

V.

KEVIN HAWKINS,
    Defendant-Appellant.

Case No. 2:10-cr-0458-WBS-3

**ORDER TO PROCEED IN PROPRIA PERSONA**

---

    On February 25, 2013, defendant requested the court to represent himself and proceed *Propria Persona*.

    IT IS HEREBY ORDERED THAT Kevin Hawkins proceed in *Propria Persona* in criminal case No. Cr S 10-458-WBS. It is further ordered that the Sacramento County Sheriff provide the following items to and for the Defendant, jail identification number X-1193578, now in the United States Marshals custody at the Sacramento County Main Jail:

1. A place to prepare his case which afford him adequate storage space and lighting for his legal materials. the prisoner's cell may be used for this purpose; however, materials exceeding jail fire safety limitations may be stored elsewhere in the facility. the prisoner is cautioned that legal material should be readily identifiable as such, and kept completely separate from other property in his cell.

2. The defendant shall be permitted to have available to him in the jail, a writing instrument, as approved by the housing institution, paper and regular manila folders. These items shall be furnished at the Court's/federal government's expense if the court has heretofore found that defendant is indigent.

    However, if the defendant has funds in his trust account, such funds shall be used to purchase stationary supplies regardless of the findings of indigence, if the inmate has a balance exceeding

the normal amonut allowable for expenditures during the week as required by the housing institution.

3. Defendant is authorized to receive in paperback form the following items, legal journals, law reviews, and other legal documents delivered to him at the Sacramento County Jail.

4. The defenadnt shall be authorized the use of legal research materials. The Sheriff may in his discretion either allow the defendant to use of the law library for at least five hours per week or provide to the defendant legal research materials in his cell. The defenadnt will be permitted to have no more than five law books in his cell at any one time. the Sheriff is not, howevr, required to supply hard bound books to the defendant. The Sheriff may instead supply copies of cases contained in hard bound books. The defendant shall be limited to copies of five cases per week. upon submision, by the defendant, a list of legal research material by 8:00am of the business day, the Sheriff will be obligated to obtain and deliver these books to defendjant by 5:00pm. on the next day.

The Sheriff is to maintain a log as to the books requested and books that are delivered to the defendant, including the date and time they are requested, the date and time they are delivered, and the date and time they are returned by the defendant to the Sheriff.

5. the defendant shall be entitled to subpoena witnesses according to federal court rules for *propria persona* defendant. Subpoena forms will be furnished to defendant by the US District Court Clerk.

6. The defendant will be given umlimited legal mail privileges for matters pertaining to his case. Sealing of legal mail will be done in the presence of a party as approved by the housing institution if the defendant is indigent postage will be provided.

7. The Sheriff is authorized upon good cause to suspend any and all of the above ordered priviliges; said suspension in any degree is to be immediately reported to the court so that a hearing may be held thereon forthwith so as to avoid any delays in the trial of this case. The Sheriff shall also immediately advise the defendant of any such suspension of privileges.

8. Should the defendant be transferred to another facility of the Sheriff's Department while this case is pending, provisions of this order shall be remained in effect at the subsequent institution.

9. This order shall expire when this criminal case is concluded by either dismissal or judgment.

10. Good cause appearing therefor, the defendant Kevin Hawkins is granted indigent status.

IT IS SO ORDERED:

DATED: April 22, 2013

*William B. Shubb*
HONORABLE WILLIAM B. SHUBB
United States District Court Judge.