IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN HAWKINS,

    Defendant.

No. 2:10-cr-0458-03 WBS

ORDER

    Hawkins' motions for appointment of counsel (Docket No. 206) and to dismiss (Docket No. 207) are DENIED without prejudice to their being renewed once Hawkins' pending appeal to the Ninth Circuit has been resolved.  His motion for temporary release (Docket No. 205) is referred to the Pretrial Services Officer for a report and recommendation to the court.

    IT IS SO ORDERED.

DATED: June 20, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1