**FILED**

AUG 0 9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-CR-00458 WBS |
| Plaintiff, ) | |
| ) | DAD |
| v. ) | [~~PROPOSED~~] ORDER SEALING A CD |
| ) | CONTAINING DISCOVERY ITEMS |
| KEVIN HAWKINS, ) | HAWKINS_0001 THROUGH |
| ) | HAWKINS_4818 |
| Defendant. ) | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that a CD containing discovery items "HAWKINS_0001 through HAWKINS_4818", shall be SEALED until further order of this Court.

Dated: August 9, 2013

_____
~~ALLISON CLAIRE~~ Dale A. Drozd
United States Magistrate Judge