UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>KEVIN HAWKINS,<br><br>           Defendant. | No.  2:10-cr-00458 WBS<br><br>**ORDER OF RECUSAL** |

----oo0oo----

Because this court's Order of October 8, 2013 (Docket No. 262) was entered prior to receipt of defendant's Reply (Docket No. 265) to the government's opposition to the motion, the Order of October 8, 2013 (Docket No. 262) is hereby VACATED and SET ASIDE.

Because the undersigned judge no longer has the time to devote to this defendant, the undersigned judge hereby RECUSES himself from all further proceedings in this matter.  The Clerk shall take the necessary steps to have this case reassigned to another judge of this court for all further proceedings.

1

IT IS SO ORDERED.

Dated: October 15, 2013

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE