BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
TODD PICKLES
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:10-CR-00458 JAM |
| Plaintiff, | |
| v. | **MOTION AND ORDER SETTING BRIEFING SCHEDULE AND HEARING FOR DEFENDANT'S MOTION FOR RECONSIDERATION** |
| KEVIN HAWKINS, | |
| Defendant. | |

The United States, by and through the undersigned counsel, hereby moves to continue Defendant's Motion for Review of the Magistrate Judge's Detention Order (hereinafter "Detention Motion") from its current date of August 5, 2014, to August 19, 2014, at 9:30 a.m..  The United States also asks for leave to file its answer to the defendant's motion for reconsideration no later than July 31, 2014; the defendant's reply will be due no later than August 8, 2014.

The United States does not believe that the defendant's motion raises any new or meritorious issues.  Specifically, the issues complained of by the defendant have been repeatedly heard by two other District Court Judges, and two Magistrate Judges.  At each turn, detention has been ordered. C.R. 15 (denial by Magistrate Judge Kimberly J. Mueller), C.R. 28 (denial by Magistrate Judge Kendall J. Newman), C.R. 127 and 131

(denials by District Judge Edward J. Garcia following defendant's conviction for witness tampering, and a hung jury on other counts relating to sex trafficking and production of child pornography), C.R. 181 (denial by District Judge William B. Shubb following Judge Garcia's retirement), and C.R. 317 (denial by Judge Newman).

Nonetheless, the United States seeks this continuance in order to allow time to acquire a copy of the transcript from the defendant's last detention hearing on June 19, 2014, before Magistrate Judge Kendall Newman, and to allow sufficient time to analyze the issues raised in the motion. The United States has ordered a copy of the transcript from the defendant's most recent detention hearing. Delivery is expected no later than July 22, 2014. Given the issues raised by the defendant, including accusations of prosecutorial misconduct by both former Assistant United States Attorney Laurel White and the undersigned, a careful review of the record is required. The additional time is also needed to review each of the previous detention hearings and orders to properly respond to all of the issues raised by the defendant.

The defendant is *pro se*, and the United States has not attempted to communicate with him about his position on this motion. The United States does not believe that its request will prejudice the defendant. Currently, the defendant's criminal case is stayed pending resolution of issues appealed to the 9th Circuit.[1] The United States' answering brief in the 9th Circuit is due July 19, 2014, with an optional reply brief due shortly after that. The defendant has been detained since November 2, 2010. C.R. 10. Following resolution of the issues raised to the 9th Circuit, the United States intends to proceed promptly on charges that carry mandatory minimum sentences of not less than 15 years (production of child pornography), not less than 10 years (sex trafficking of a minor), and

---

[1] The defendant's motion relies solely on 18 U.S.C. § 3142, and fails to cite to 18 U.S.C. § 3143 for the legal standard governing release of defendant's pending sentence or appeal. However, he has attached his most recent opening brief in support of his Detention Motion.

not less than five years (receipt of child pornography).

Throughout the duration of this matter time under the Speedy Trial Act has been excluded for myriad reasons. Time is presently excluded as a result of the defendant's interlocutory appeal. See 18 U.S.C. § 3161(h)(1)(A), Local Code D.

Dated: July 21, 2014                                          Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Kyle Reardon
KYLE REARDON
TODD PICKLES
Assistant U.S. Attorneys

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEVIN HAWKINS,<br><br>　　　　Defendant. | CASE NO.  2:10-CR-00458 JAM<br><br>**ORDER SETTING MOTION HEARING AND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S DETENTION ORDER** |

　　　　The United States' motion is granted.  The hearing on Defendant's Motion for Review of Magistrate Judge's Detention Order will be reset for August 19, 2014, at 9:30 a.m.  The government's answer will be filed no later than July 31, 2014; the defendant's reply will be due no later than August 8, 2014.

　　　　IT IS SO ORDERED.

Dated: 7/21/2014

/s/ John A. Mendez

JOHN A. MENDEZ
United States District Judge