Kevin Hawkins, xref: 1193578
Sacramento County Main Jail
651 I Street
Sacramento, CA 95814

Defendant
In Pro Per

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   2:10-CR-458-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE** |
| v. | |
| KEVIN HAWKINS, | |
| Defendant. | |

Defendant, KEVIN HAWKINS, in pro per, and the United States, by and through its counsel, Assistant U.S. Attorney Todd Pickles, hereby stipulate and request that the Court vacate the current status conference on April 7, 2015, at 9:15 am.  The parties are not requesting that the status conference be reset at this time; rather, they will next appear at the hearing on defendant's motion to dismiss for outrageous government conduct, currently scheduled for April 28, 2015, at 9:15 am.

The parties further stipulate that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from April 7, 2015, up to and including April 28, 2015, pursuant to 18 U.S.C. § 3161 (h)(7)(A)

1    and (B)(iv) and Local Code T-4, to allow Mr. Hawkins reasonable

2    time to prepare, and pursuant to 18 U.S.C. § 3161(h)(1)(D) and

3    Local Code E upon the filing of motions.

4    Dated: April 6, 2015              BENJAMIN B. WAGNER
                                        United States Attorney
5
                                        By: /s/ Todd Pickles
6                                       _____
                                        TODD PICKLES
7                                       Assistant U.S. Attorney

8    Dated: April 6, 2015              By: /s/ Kevin Hawkins
                                        _____
9                                       KEVIN HAWKINS, In Pro Per

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      The status conference currently set for Tuesday, April 7,

3 2015 at 9:15 am is vacated. The parties will next appear at the

4 motion hearing currently scheduled for April 28, 2015 at 9:15 am.

5      Court finds that the time within which the trial of this

6 case must be commenced under the Speedy Trial Act is excluded

7 from April 7, 2015, up to and including the date of the motion

8 hearing, April 28, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A)

9 and (B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(D) and

10 Local Code E upon the filing of motions.  The Court specifically

11 finds that the ends of justice served by granting this

12 continuance outweigh the best interest of the public and

13 defendants in a speedy trial within the meaning of 18 U.S.C. §

14 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

15 **IT IS SO ORDERED.**

16 Dated: April 7, 2015              /s/ John A. Mendez_____

17                                  HON. JOHN A. MENDEZ
                                   U.S. DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28