UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> KEVIN HAWKINS, ) <br> ) <br> ) <br> Defendant. ) | 2:10cr458 JAM -003 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, KEVIN HAWKINS, 2:10cr458 JAM -003, from custody subject to the conditions as stated on the record and for the following reasons:

__X__   The U.S. Marshal shall release the defendant from custody directly to

Pretrial Services by 9:00 a.m. on September 16, 2015.

__X__   Secured Appearance Bond to be posted on or before 9/22/2015.
__X__   All conditions as stated on the record
__X__   See attached 14 Special Conditions of Release.

Issued at Sacramento, CA on 9/15/2015 at __1:30__ P.M.

By _____
John A. Mendez
United States District Court Judge

**FILED**

SEP 15 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

## SPECIAL CONDITIONS OF RELEASE

Re: Hawkins, Kevin
No.: 2:10-CR-0458-JAM-003
Date: September 15, 2015

1. Your release on bond shall be delayed until September 16, 2015, at 9:00 a.m. at which time you shall be released directly from the U.S. Marshals to Pretrial Services;

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to Eastern District unless otherwise approved in advance by the pretrial services officer;

6. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer. Any employment must be pre-approved by Pretrial Services;

9. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

12. **HOME DETENTION:** You shall remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer;

13. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer; and,

14. You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer; and, you shall not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location.