DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:    (916) 447-8600
Fax:                (916) 930-6482
E-Mail:         davefischer@yahoo.com

Advisory and Standby Counsel for Defendant
KEVIN HAWKINS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>KEVIN HAWKINS,<br><br>           Defendant. | CR.S.  No.  2:10-CR-00458 JAM<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

On September 16, 2015, Mr. Hawkins was released on conditions and is supervised by the Pretrial Services Agency.  After consultation with Pretrial Services Officers Steve Sheehan and Renee Basurto, the parties request that Mr. Hawkins's conditions of supervised release be modified to allow him limited access to a computer. Specifically, the parties request that the court remove the language currently contained in condition #14 and request the court to order the substitution of the following language:

> You shall not access the internet or the one pre-approved computer at your father's residence.  The father's computer must be password protected and kept in a locked room which you do not have access to at any time. Additionally, the internet service must be password protected and you

shall not access it any time. You shall not use or possess a computer or any device capable of accessing the internet in your residence or at any other location with the exception of defense counsel's computer at his office which you may use for the preparation of your case.

                                          Respectfully submitted,

Dated: September 17, 2015            /s/ David D. Fischer
                                          DAVID D. FISCHER
                                          Advisory and Standby
                                          Counsel for Defendant
                                          KEVIN HAWKINS

Dated: September 17, 2015            /s/ David D. Fischer for
                                          TODD PICKLES
                                          Assistant United States Attorney
                                          Counsel for Plaintiff

**IT IS SO ORDERED**

Dated: 9/17/2015
                                          /s/ John A. Mendez
                                          HON. JOHN A. MENDEZ
                                          U.S. District Court Judge