DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:        davefischer@yahoo.com

Advisory and Standby Counsel for Defendant
KEVIN HAWKINS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN HAWKINS,<br><br>　　　　　　Defendant. | CR.S.  No.  2:10-CR-00458 JAM<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE BOND DOCUMENTS** |

　　　　On September 16, 2015, Mr. Hawkins was released on conditions and is supervised by the Pretrial Services Agency.  Appearance bonds co-signed by Mr. Hawkins's father, Ket Hawkins, Sr., and his friend, Sam Toplean have been filed.  The additional items that need to be completed are obtaining a title reports, deeds of trust, and appraisals.  The Court granted the defense's request to release Mr. Hawkins once the appearance bonds were filed and to impose a deadline of September 22, 2015, to submit the additional items for the bond package.  I am requesting the Court to extend this deadline until September 29, 2015.  In additional to signing the appearance bonds, Mr. Hawkins and Mr. Toplean have paid for the title insurance policies and the appraisal of Mr. Hawkin's home.  The title insurance policy requests were mailed September 17,

2015. The title insurance company won't act until they receive payment, which will likely be September 18, 2015, or September 21, 2015. Once the title insurance policies are issued, then we can create the deeds of trust and obtain notarized signatures from Ket Hawkins, Sr, and Sam Toplean. We may not be able to have that done by September 22, 2015.

The other issue is the appraisal for Mr. Toplean's commercial property. The cost the defense has been quoted, so far, ranges from $2,500 to $7,500. This is much more than what was anticipated, as the typical appraisals customarily done for residential properties for these bonds are usually under $200. The defense is continuing to explore other options to see if we can find an affordable price for a commercial appraisal.

For all of these reasons, the defense requests the Court to extend the deadline for filing the remaining bond documents until September 29, 2015.

Respectfully submitted,

Dated:  September 17, 2015          /s/ David D. Fischer
                                    DAVID D. FISCHER
                                    Advisory and Standby
                                    Counsel for Defendant
                                    KEVIN HAWKINS

**IT IS SO ORDERED**

Dated:  9/18/2015                   /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    U.S. District Court Judge