DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:         davefischer@yahoo.com

Advisory and Standby Counsel for Defendant
KEVIN HAWKINS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KEVIN HAWKINS,<br><br>　　　　　　　Defendant. | CR.S.  No.  2:10-CR-00458 JAM<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE BOND DOCUMENTS** |

The defense is requesting a second extension of time to file bond documents until October 6, 2015.  Obtaining the documentation to post mobile homes and commercial property is more difficult than the average residential parcel of land with improvements. Neither Mr. Hawkins, his father, or his friend Sam Toplean have contributed to the delays in obtaining all of the necessary documents.

Background

On September 16, 2015, Mr. Hawkins was released on conditions and is supervised by the Pretrial Services Agency.  Appearance bonds co-signed by Mr. Hawkins's father, Ket Hawkins, Sr., and his friend, Sam Toplean have been filed.  The additional items that need to be completed are obtaining a title reports, deeds of trust, and

appraisals.  The Court granted the defense's request to release Mr. Hawkins once the appearance bonds were filed and to impose a deadline of September 22, 2015, to submit the additional items for the bond package.  I requested the Court to extend this deadline until September 29, 2015.  I am now requesting an extension of time until October 6, 2015.

**<u>Title Insurance</u>**

*Commercial Property*

The title insurance policy for the commercial property has been received.

*Mobile Home*

Since Mr. Hawkins' father's home is a mobile home on rented property, I learned that title insurance is not available.  Mobile homes are considered personal property and ownership is transferred via a certificate of title, like an automobile.  Titling and Registration of mobile homes is administered by the California Department of Housing and Community Standards.  Mr. Hawkins obtained a title search from this agency showing that the registered owner is Ket T. Hawkins.  The original certificate of title was lost.  He has paid for a duplicate title to be issued, so that can be provided to the court in the same manner one would post a bond using an automobile as security.  This mobile home is Mr. Hawkin's father's residence and is where Mr. Hawkins is currently residing.

**<u>Appraisals</u>**

*Commercial Property*

Obtaining an appraisal for the commercial property continues to be a challenge as the prices quoted range between $2,500 and $7,500.  Since the last request for an extension of time, we obtained some additional leads for appraisers, and paralegal Niki Serna is in the process of determining whether a more affordable option is available.  Using the assessor's land value with improvements and the most recent mortgage statement from Mr. Toplean, there is some equity in this property.  However, since there

is an active business on this property, Mr. Toplean believes the value of the commercial property is much higher than the land value with improvements stated on the property tax bill. Again, we are working on seeing whether there is a more affordable option for an appraisal.

*Mobile Home*

We obtained a draft appraisal for the mobile home. It appears to contain some errors, and I have submitted questions to the appraiser about it. The cost of the appraisal has been paid, and the final appraisal should be sent to us by the beginning of the week of September 28, 2015.

**Deeds of Trust**

The commercial property is the only property subject to a deed of trust. The title insurance policy revealed that Mr. Toplean and his wife are the owners. Both have executed a deed of trust naming the United States District Court as the beneficiary, and they have also signed an appearance bond. These documents are in the custody of paralegal Niki Serna.

As stated above, a deed of trust is not appropriate for a mobile home. Mr. Hawkins is working on obtaining a title to provide to the court.

**Conclusion**

We hope to have the necessary documentation before October 6, 2015. If it appears there will be a problem obtaining all of the necessary documents, we will ask to place this case on calendar to discuss this matter further with the Court.

Respectfully submitted,

Dated: September 24, 2015

/s/ David D. Fischer
DAVID D. FISCHER
Advisory and Standby
Counsel for Defendant
KEVIN HAWKINS

**IT IS SO ORDERED**

Dated: September 28, 2015          /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
                                   U.S. District Judge