DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:         (916) 930-6482
E-Mail:      davefischer@yahoo.com

Advisory and Standby Counsel for Defendant
KEVIN HAWKINS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>KEVIN HAWKINS,<br><br>　　　　　　　Defendant. | CR.S.  No.  2:10-CR-00458 JAM<br><br>**REQUEST FOR ADDING CASE TO CALENDAR ON OCTOBER 20, 2015, AT 9:15 A.M. TO ADDRESS STATUS OF BOND DOCUMENTS AND TO EXTEND DEADLINE TO FILE BOND DOCUMENTS TO OCTOBER 20, 2015** |

　　　　The defense is requesting to add this case on calendar for October 20, 2015, at 9:15 a.m. to address the status of the supporting documents for the secured bonds in this case.  Additionally, the defense asks the court to extend the deadline for filing the additional bond documents requirements in this case to that date, October 20, 2015.

　　　　At the hearing on October 20, 2015, for the reasons stated below, the defense will ask the court to; 1) accept the defendant's father's home, a mobile/manufactured home appraised for $22,000 as the security for the $150,000 appearance bond, and 2), not require a commercial appraisal for the $285,000 appearance bond.

**The $150,000 Appearance Bond**

The defendant and his father have both signed an appearance bond in the amount of $150,000, and that document has been filed. (Dkt # 388).

This bond is secured by the defendant's father's interest in his residence, which is a mobile/manufactured home. Mr. Hawkins' father told Pretrial Services that he estimated that the value of this residence is $50,000. Defendant Kevin Hawkins estimated that it is worth $150,000 based on a Zillow report that Investigator Terri Gunn provided from early 2014, for a similar home as the one being offered, and based on the assumption that real estate values have not significantly decreased since 2014. However, a real estate appraiser hired by the defense has since appraised its value at $22,000.

Ownership of mobile homes are transferred via certificates of title, versus a grant deeds for real property. The defense is prepared to tender the certificate of title to this mobile/manufactured home, along with a Title Search from the State of California Department of Housing and Community Development showing that Ket Hawkins is the owner of this residence.

As the appraised value is significantly less than the Zillow-based value from 2014, the defense requests to add this case to the calendar request the court to continue to allow the defendant's father's home to be the security for the $150,000 appearance bond. This home continues to be Defendant Kevin Hawkin's father's residence, and it is now the defendant's residence, that would be forfeited should the defendant not comply with the terms of the appearance bond.

**The $285,000 Appearance Bond**

The $285,000 Appearance Bond is secured by the equity in a commercial property. Originally, the defendant's friend, Samuil Toplean, believed he was the sole owner of this property. An appearance bond in the amount of $285,000 was signed by the defendant and Samuil Toplean (Dkt. #389). A title insurance report has since revealed that Mr. Toplean's wife is also an owner of this property. Therefore, a new

1  appearance bond signed by the defendant, Samuil Toplean, and Daniela Toplean in the
2  amount of $285,000 was filed (Dkt. #399).

3        At the hearing, we will ask the Court to not require an appraisal for the
4  commercial property. Paralegal Niki Serna has talked to no less than five commercial
5  real estate appraisers. The lowest quote she obtained for a commercial real estate
6  appraisal was $2,500 (please note the cost for the residential appraisal for the mobile
7  home in this case was only $300, and the standard cost to perform a drive-by appraisal of
8  a single family dwelling for bond purposes is usually only $200). In lieu of an appraisal,
9  the defense has a copy of a recent mortgage statement showing that the loan balance for
10 this property is $337,248.32, and according to the property tax assessment contained in
11 the Title Insurance Report, the combined value of the land and improvements is $391,651
12 (Assessed Valuation Land: $325,376, plus Improvements $66,275). The equity based on
13 the land and building alone is $54,402.68. This value does not take into account the
14 value of the business operating on the property. Samuil Toplean continues to believe that
15 he and his wife have $285,000 in equity in that property and business.

16       The Topleans have executed a Deed of Trust for $285,000 naming the Clerk of the
17 United States District Court for the Eastern District of California as the beneficiary. This
18 document is ready to be recorded should the court approve it.

### **Conclusion**

21       I will submit supporting documents for each property separately. The defense
22 asks the court to allow the mobile/manufactured home to be used as the security for the
23 $150,000 appearance bond, and to not require an appraisal for the $285,000 appearance
24 bond.

25       Respectfully submitted,

26 Dated: October 1, 2015      /s/ David D. Fischer
      DAVID D. FISCHER
27       Advisory and Standby
28       Counsel for Defendant
      KEVIN HAWKINS

- 4 -

1
2
3
4   **IT IS SO ORDERED**
5
6
7  Dated: <u>October 2, 2015</u>          <u>/s/ Johhn A. Mendez     </u>
                                         HON. JOHN A. MENDEZ
8                                        U.S. District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28