1  DAVID D. FISCHER, SBN 224900
2  LAW OFFICES OF DAVID D. FISCHER, APC
   5701 Lonetree Blvd., Suite 312
3  Rocklin, CA 95765
   Telephone:   (916) 447-8600
4  Fax:              (916) 930-6482
5  E-Mail:         davefischer@yahoo.com

6  Advisory and Standby Counsel for Defendant
7  KEVIN HAWKINS

8

9              **IN THE UNITED STATES OF DISTRICT COURT FOR THE**

10                        **EASTERN DISTRICT OF CALIFORNIA**

11

12 | UNITED STATES OF AMERICA, |                                    |
   |                                                        | CR.S.  No.  2:10-CR-00458 JAM   |
13 |                    Plaintiff,                         |                                    |
   |                                                        | **STIPULATION AND ORDER TO**       |
14 |                                                        | **MODIFY CONDITIONS OF**           |
   |            v.                                          | **PRETRIAL RELEASE**               |
15 |                                                        |                                    |
16 | KEVIN HAWKINS,                                         |                                    |
17 |                    Defendant.                          |                                    |

18

19

20      On September 16, 2015, Mr. Hawkins was released on conditions and is
21 supervised by the Pretrial Services Agency.  After consultation with Pretrial Services
22 Officer Renee Basurto, the parties requested that Mr. Hawkins's conditions of supervised
23 release be modified to allow him limited access to a computer at my office by
24 substituting the language for condition #14.  Specifically, the parties request that the
25 language currently contained in condition #14 to allow Mr. Hawkins to also access a
26 computer owned by his paralegal, Niki Serna, or his investigator, Terry Butrym, and
27 allow him to use a computer owned by either of them at paralegal Niki Serna's office.
28 The parties request the court to order the substitution of the following language:

- 1 -

14. You shall not access the Internet or the one pre-approved computer at your father's residence. The father's computer must be password protected and kept in a locked room which you do not have access to at any time. Additionally, the internet services must be password protected and you shall not access it at any time. You shall not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location with the exception of a computer owned by your defense standby counsel, your defense investigator, or your defense paralegal at your defense counsel's office or at any other location approved by your Pretrial Services Officer, which you may use for the preparation of your case. All use of the computer *must* be supervised by the above stated people at all times.

                                                Respectfully submitted,

Dated: October 1, 2015                        /s/ David D. Fischer
                                                DAVID D. FISCHER
                                                Advisory and Standby
                                                Counsel for Defendant
                                                KEVIN HAWKINS

Dated: October 1, 2015                        /s/ David D. Fischer for
                                                TODD PICKLES
                                                Assistant United States Attorney
                                                Counsel for Plaintiff

**IT IS SO ORDERED**

Dated: October 5, 2015                        /s/ John A. Mendez
                                                HON. JOHN A. MENDEZ
                                                U.S. District Judge