DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:         davefischer@yahoo.com

Advisory and Standby Counsel for Defendant
KEVIN HAWKINS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KEVIN HAWKINS,<br><br>　　　　　　　Defendant. | CR.S.  No.  2:10-CR-00458 JAM<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE AND ORDER** |

　　　　IT IS UNOPPOSED by the Plaintiff, UNITED STATES OF AMERICA, through its counsel, Todd Pickles, Assistant United States Attorney, that the defendant, Kevin Hawkins' travel restrictions be modified so that he may leave his home On October 27, 2015, to travel to San Diego, California to retrieve his vehicle 2002 Jaguar, and then return by October 29, 2015.  Mr. Hawkins stated that his vehicle is currently located at Nu's Auto Repair, 3095 54th Street, San Diego, CA – (619) 287-5668.  He is requesting to be gone for 48 hours because he may be restricted from traveling by Air because he is wearing a GPS device, and may need to travel to San Diego by private passenger car or

by Amtrak.  It is necessary to retrieve this vehicle because Mr. Hawkins's father had a minor automobile accident in his car, and defendant Kevin Hawkins needs to retrieve his vehicle so that they have transportation.

          Respectfully submitted,

Dated:  October 23, 2015          /s/ David D. Fischer  
          DAVID D. FISCHER  
          Advisory and Standby  
          Counsel for Defendant  
          KEVIN HAWKINS

Dated:  October 23, 2015          /s/ David D. Fischer for  
          TODD PICKLES  
          Assistant United States Attorney  
          Counsel for Plaintiff

**IT IS SO ORDERED**

Dated:  October 23, 2015

_____  
CAROLYN K. DELANEY  
UNITED STATES MAGISTRATE JUDGE