DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:         davefischer@yahoo.com

Advisory and Standby Counsel for Defendant
KEVIN HAWKINS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN HAWKINS,<br><br>Defendant. | CR.S.  No.  2:10-CR-00458 JAM<br><br>**AMENDED**<br>**UNOPPOSED MOTION TO MODIFY**<br>**CONDITIONS OF RELEASE AND**<br>[~~PROPOSED~~] **ORDER** |

    IT IS UNOPPOSED by the Plaintiff, UNITED STATES OF AMERICA, through its counsel, Todd Pickles, Assistant United States Attorney, and the Pretrial Services Agency through Renee Basurto that defendant Kevin Hawkins's Home Detention condition be modified to allow him to leave his home on November 26, 2015, at 12 p.m. to travel to his sister's house in Sacramento for Thanksgiving dinner, and return home by 7 p.m.

Dated:  November 20, 2015

                                      Respectfully submitted,

                                      /s/ David D. Fischer
                                    DAVID D. FISCHER
                                    Advisory and Standby
                                    Counsel for Defendant
                                    KEVIN HAWKINS

1
2  Dated:  November 20, 2015                    /s/ David D. Fischer for
3                                               TODD PICKLES
4                                               Assistant United States Attorney
                                                Counsel for Plaintiff
5
6     **IT IS SO ORDERED**
7
   Dated:  November 23, 2015.         _____
8                                     EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28