DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:        davefischer@yahoo.com

Advisory and Standby Counsel for Defendant
KEVIN HAWKINS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN HAWKINS,<br><br>Defendant. | CR.S.  No.  2:10-CR-00458 JAM<br><br>**SECOND AMENDED UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE AND [PROPOSED] ORDER** |

IT IS UNOPPOSED by the Plaintiff, UNITED STATES OF AMERICA, through its counsel, Todd Pickles, Assistant United States Attorney, and the Pretrial Services Agency, through Renee Basurto, that defendant Kevin Hawkins's Home Detention condition be modified to allow him to leave his home on November 26, 2015, at 2 p.m. to travel to his sister's house in Sacramento for Thanksgiving dinner, and return home by 9 p.m.

Respectfully submitted,

Dated:  November 24, 2015

/s/ David D. Fischer
DAVID D. FISCHER
Advisory and Standby
Counsel for Defendant
KEVIN HAWKINS

- 1 -

1

2  Dated: November 24, 2015                    /s/ David D. Fischer for
3                                              TODD PICKLES
4                                              Assistant United States Attorney
                                               Counsel for Plaintiff
5

6      **IT IS SO ORDERED**

7

8

9  **Dated:  November 24, 2015**

10                                             _____
11                                             CAROLYN K. DELANEY
                                               UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28