DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:         davefischer@yahoo.com

Advisory and Standby Counsel for Defendant
KEVIN HAWKINS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>KEVIN HAWKINS,<br><br>                    Defendant. | CR.S.  No.  2:10-CR-00458 JAM<br><br>**SECOND AMENDED UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE AND [PROPOSED] ORDER** |

    IT IS UNOPPOSED by the Plaintiff, UNITED STATES OF AMERICA, through its counsel, Todd Pickles, Assistant United States Attorney, that defendant Kevin Hawkins's Home Detention condition be modified to allow him to leave his home on December 25, 2015, at 8 a.m. to travel to his sister's house in Sacramento, and to travel to a church service in Sacramento for Christmas, and return home by 9:30 p.m.

Dated:  December 18, 2015

                                        Respectfully submitted,

                                        /s/ David D. Fischer
                                        DAVID D. FISCHER
                                        Advisory and Standby
                                        Counsel for Defendant
                                        KEVIN HAWKINS

- 1 -

1
2  Dated: December 18, 2015                         /s/ David D. Fischer for
3                                                   TODD PICKLES
4                                                   Assistant United States Attorney
                                                    Counsel for Plaintiff
5
6     **IT IS SO ORDERED**
7
8
9
10 Dated: December 18, 2015                         _____
                                                    ALLISON CLAIRE
11                                                  UNITED STATES MAGISTRATE JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28