DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:               (916) 930-6482
E-Mail:         davefischer@yahoo.com

Advisory Counsel for
Pro Se Defendant
KEVIN HAWKINS

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>KEVIN HAWKINS,<br><br>               Defendant. | CR.S.  No.  2:10-CR-00458 JAM<br><br>**UNOPPOSED MOTION FOR RETURN OF DEFENDANT'S PASSPORT IN THE CUSTODY OF THE CLERK OF THE COURT AND ORDER** |

The defendant's passport in the possession of the Clerk of the Court for the Eastern District of California.  IT IS UNOPPOSED by the Plaintiff, UNITED STATES OF AMERICA, through its counsel, Todd Pickles, Assistant United States Attorney, that the Court issue an order for the Clerk of the Court for the Eastern District of California to return the defendant's passport, by mail, to defense counsel, David Fischer.   Mr. Hawkins requests that David Fischer then send the passport to his unit manager in USP Lompoc, because a second form of identification is needed to get into a halfway house.

- 1 -

- 2 -

1  David Fischer will send a letter to the unit manager with the passport requesting that she
2  return the passport to David Fischer once Mr. Hawkins is in the halfway house, and it is
3  no longer needed.

                                              Respectfully submitted,

Dated: June 2, 2016                    /s/ David D. Fischer
                                        DAVID D. FISCHER
                                        Standby Counsel for Defendant
                                        KEVIN HAWKINS

    **IT IS SO ORDERED**

Dated: June 6, 2016                  /s/   John   A.   Mendez

                                        HON. JOHN A. MENDEZ
                                        U.S. DISTRICT COURT JUDGE