DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Advisory and Standby Counsel for Pro Se Defendant
KEVIN HAWKINS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN HAWKINS,<br><br>    Defendant. | No. 2:10-CR-00458 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: February 20, 2018<br>Time: 9:15 a.m.<br>Court: Hon. John A. Mendez |

## STIPULATION

IT IS HEREBY STIPULATED by and between McGregor Scott, United States Attorney, through Todd Pickles, Assistant United States Attorney, attorney for Plaintiff, on the one hand, and Kevin Hawkins, defendant in pro se, and defendant's standby and advisory counsel, David Fischer, on the other hand, that the status conference scheduled for February 13, 2018, at 9:15 a.m. be continued to February 20, 2018, at 9:15 a.m.

The defendant needs additional time to prepare. Among other tasks necessary to prepare for trial, the defense has retained a computer expert to review computer equipment in the possession of the government and needs additional time to facilitate the examination of that computer equipment.

Based upon the foregoing, the parties agree that the Court should find and order: (1) the failure to grant the requested continuance would deny the defendant and standby counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence; (2) in computing time under the Speedy Trial Act within which the trial of this matter must be commenced, time should be excluded from the date of this stipulation, February 8, 2018, through and including the February 20, 2018, hearing date pursuant to Local Code D, as well as 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon and defense preparation; and (3) the ends of justice served by taking such action in granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: February 8, 2018
Respectfully submitted,
MCGREGOR SCOTT
United States Attorney
By: */s/ Todd Pickles*
TODD PICKLES
Assistant United States Attorney


By: */s/ David D. Fischer*
DAVID D. FISCHER
Standy and Advisory Counsel for
KEVIN HAWKINS

*/S/ Kevin Hawkins*
KEVINS HAWKINS
Defendant

The Court having received, read, and considered the stipulation between the United States of America and defendant Kevin Hawkins, and good cause appearing therefrom, adopts the stipulation and proposed findings in their entirety as its Order.

**IT IS SO ORDERED**.

Dated: February 8, 2018

<u>/s/ John A. Mendez</u>
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE