DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Advisory and Standby Counsel for Pro Se Defendant
KEVIN HAWKINS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN HAWKINS, <br><br> Defendant. | No. 2:10-CR-00458 JAM <br><br> STIPULATION AND [PROPOSED] ORDER SETTING STATUS CONFERENCE <br><br> Date: January 7, 2020 <br> Time: 9:15 a.m. <br> Court: Hon. John A. Mendez |

## STIPULATION

IT IS HEREBY STIPULATED by and between McGregor Scott, United States Attorney, through Matthew Thuesen, Assistant United States Attorney, attorney for Plaintiff, on the one hand, and Kevin Hawkins, defendant in pro se, and defendant's standby and advisory counsel, David Fischer, on the other hand, that the status conference scheduled for January 7, 2020, at 9:15 a.m. be continued to March 10, 2020, at 9:15 a.m.

On December 20, 2019, the Ninth Circuit dismissed Mr. Hawkins's appeal. On December 27, 2019, the government filed a request to set this matter for a status conference for January 7, 2020, at 9:15 a.m. The defense is requesting that the status conference be set for March 10, 2020, at 9:15 a.m. The reasons are that (1) David Fischer is in trial in state court on January 7, 2020, and is unavailable on January 7, 2020, (2) Mr. Hawkins is the caregiver for his father. His father was

recently taken to Kaiser Morse to remove fluid from his body based on his congestive heart failure condition. The plan is to move Mr. Hawkins's father to a skilled nursing facility for a few weeks upon his release from Kaiser, and then he will need 24-hour care to be provided by Mr. Hawkins until Mr. Hawkins can find some help. Mr. Hawkins expects that he will be able to appear in court on March 10, 2020, with Mr. Fischer, and (3), now that the matter is back in district court, Mr. Hawkins and Mr. Fischer will need time to prepare.

Based upon the foregoing, the parties agree that the Court should find and order: (1) the failure to grant the requested continuance would deny the defendant and standby counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence; (2) in computing time under the Speedy Trial Act within which the trial of this matter must be commenced, time should be excluded from the date of this stipulation, December 31, 2019, through and including the March 10, 2020, hearing date pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon and defense preparation; and (3) the ends of justice served by taking such action in granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: January 2, 2020  
    Respectfully submitted,  
    MCGREGOR SCOTT  
    United States Attorney  
    By: */s/ Matthew Thuesen*  
    MATTHEW THUESEN  
    Assistant United States Attorney

    By: */s/ David D. Fischer*  
    DAVID D. FISCHER  
    Standby and Advisory Counsel for  
    KEVIN HAWKINS

    */S/ Kevin Hawkins*  
    KEVINS HAWKINS  
    Defendant

The Court having received, read, and considered the stipulation between the United States of America and defendant Kevin Hawkins, and good cause appearing therefrom, adopts the stipulation and proposed findings in their entirety as its Order.

**IT IS SO ORDERED**.

Dated:  January 2, 2020

/s/ John A. Mendez_____
HON.  JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE