DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Advisory and Standby Counsel for Pro Se Defendant
KEVIN HAWKINS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN HAWKINS,<br><br>Defendant. | No. 2:10-CR-00458 JAM<br><br>STIPULATION AND ORDER SETTING STATUS CONFERENCE<br><br>Date: March 17, 2020<br>Time: 9:15 a.m.<br>Court: Hon. John A. Mendez |

## STIPULATION

IT IS HEREBY STIPULATED by and between McGregor Scott, United States Attorney, through Matthew Thuesen, Assistant United States Attorney, attorney for Plaintiff, on the one hand, and Kevin Hawkins, defendant in pro se, and defendant's standby and advisory counsel, David Fischer, on the other hand, that the status conference scheduled for March 17, 2020, at 9:15 a.m. be continued to June 2, 2020, at 9:15 a.m.

On December 20, 2019, the Ninth Circuit dismissed Mr. Hawkins's appeal. On December 27, 2019, the government filed a request to set this matter for a status conference for January 7, 2020, at 9:15 a.m. Mr. Hawkins has filed a Writ of Certiorari before the United States Supreme Court.

By previous order, this matter was scheduled for a status conference on March 17, 2020.

1

The defense is requesting that the status conference be continued to June 2, 2020, at 9:15 a.m. The soonest available date for the Court is May 5, 2020. Mr. Fischer expects to be in trial for beginning May 1, 2020, for the month of May, and will not be available until June 2, 2020. The other reason is that Mr. Hawkins's father recently died in February 2020. Mr. Hawkins is grieving and must attend to settling his father's estate. Accordingly, Mr. Hawkins needs additional time to prepare for trial before setting a trial date. He has been unable to prepare for trial because he was the caregiver for his father during his very lengthy illness, and now because he is grieving and handling his estate. .

Based upon the foregoing, the parties agree that the Court should find and order: (1) the failure to grant the requested continuance would deny the defendant and standby counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel; (2) in computing time under the Speedy Trial Act within which the trial of this matter must be commenced, time should be excluded from the date of this stipulation, March 9, 2020, through and including the June 2, 2020, hearing date pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon and defense preparation; and (3) the ends of justice served by taking such action in granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: March 10, 2020
Respectfully submitted,
MCGREGOR SCOTT
United States Attorney
By: */s/ Matthew Thuesen*
MATTHEW THUESEN
Assistant United States Attorney


By: */s/ David D. Fischer*
DAVID D. FISCHER
Standby and Advisory Counsel for
KEVIN HAWKINS

*/S/ Kevin Hawkins*
KEVINS HAWKINS
Defendant

The Court having received, read, and considered the stipulation between the United States of America and defendant Kevin Hawkins, and good cause appearing therefrom, adopts the stipulation and proposed findings in their entirety as its Order.

**IT IS SO ORDERED**.

Dated: March 11, 2020

                                      /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE