DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: davefischer@yahoo.com

Advisory and Standby Counsel for Defendant
KEVIN HAWKINS

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KEVIN HAWKINS,<br>Defendant. | CR.S. No. 2:10-CR-00458 JAM<br><br>**UNOPPOSED MOTION FOR PRO SE DEFENDANT KEVIN HAWKINS TO UTILIZE ELECTRONIC FILING VIA CM/ECF AND ORDER** |

MOTION

Kevin Hawkins is a pro se litigant in this case. He is respectfully requesting the court to allow him to utilize electronic filing. According to the Court's website, "any person appearing pro se may not utilize electronic filing except with the permission of the assigned judge…"[1]Mr. Hawkins wishes to utilize electronic filing to avoid the delays caused by the use of the U.S. Mail, and the delays caused by having to drive to the court house and deposit his filings into the clerk's drop box. He has experience utilize

[1] www.caed.uscourts.gov/caednew/index.cfm/cmecf-e-filing/representing-yourself-pro-se-litigant/

CM/ECF systems as he is authorized to utilize electronic filing in the Ninth Circuit. For example, please see case number 18-10286, ECF No. 22.

03/26/2019 22 Filed (ECF) Appellant Mr. Kevin T. Hawkins Amended Motion for miscellaneous relief [Motion to correct erroneously filed document]. Date of service: 03/26/2019. [11243278] [18-10286] --[COURT UPDATE: Attached corrected motion (included signature). 3/29/2019 by TYL] (Hawkins, Kevin) [Entered: 03/26/2019 10:19 PM]

This motion is unopposed by the government. Therefore, it is respectfully requested that the Court grant Mr. Hawkins permission to utilize electronic filing in this case.

Respectfully submitted,

Dated: May 27, 2020

/s/ David D. Fischer
DAVID D. FISCHER
Advisory and Standby
Counsel for Defendant
KEVIN HAWKINS

**IT IS SO ORDERED**

Dated: 5/27/2020

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Court Judge