1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW THUESEN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:10-CR-458 JAM

                    Plaintiff,            ORDER OF DISMISSAL
12

13            v.

14 KEVIN HAWKINS,

15                  Defendant.

16

17        Leave of Court is granted for the United States to dismiss the indictment against Defendant

18 Kevin Hawkins. Accordingly, IT IS HEREBY ORDERED that the indictment against Defendant Kevin

19 Hawkins be, and is hereby ordered, dismissed.

20

21

22  Dated:        6/22/20                          /s/ John A. Mendez
                                          Hon. John A. Mendez
23                                        UNITED STATES DISTRICT COURT
                                          JUDGE
24

25

26

27

28

   ORDER OF DISMISSAL                         1